IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROGER D. CHAMBLISS; and MOLLY )
L. CHAMBLISS ) No. 3-12-0955
)
v. )
)
BANK OF AMERICA, N.A. )

O R D E R

Counsel appeared for the initial case management conference on November 5, 2012, at which time the following matters were addressed:

1. Plaintiffs' counsel advised that the plaintiffs intend to make a complaint to the credit reporting agencies and, depending upon the response, assert violations of the Fair Credit Reporting Act.

2. As a result, the time for the plaintiffs to file an amended complaint is extended to February 11, 2013.[1]

3. The defendant shall have 14 days from the filing of an amended complaint or until February 25, 2013, if the amended complaint is filed on February 11, 2013, to file an answer or renewed motion to dismiss.

4. Within the next few months, the parties shall explore the potential for settlement.

5. Counsel for the parties shall convene a telephone conference call with the Court on **Wednesday, February 27, 2013, at 11:00 a.m.,** to be initiated by defendant's counsel, to address briefing on any motion to dismiss, the potential for settlement, propriety of ADR, entry of an initial case management order, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered October 30, 2012 (Docket Entry No. 8), the defendant's motion to dismiss (Docket Entry No. 5) was denied and the plaintiffs were given 30 days to file an amended complaint.